UNITED STATES DISTRICT COURT

Northern District of California

| | |
|---|---|
| ROBERT L. GELTZER,<br><br>  Plaintiff,<br>    v.<br>I365, INC, et al.,<br><br>  Defendants.<br>_____/ | No. C 10-03618 MEJ<br><br>**ORDER VACATING CMC**<br><br>**ORDER RE STATUS** |

This matter is currently scheduled for a case management conference on December 2, 2010. However, the parties failed to file a joint statement and no responsive pleading has been filed by the defendants. Accordingly, the Court hereby VACATES the December 2 c.m.c. and ORDERS Plaintiff to file a status report by December 9, 2010.

**IT IS SO ORDERED.**

Dated: November 29, 2010

_____
Maria-Elena James
Chief United States Magistrate Judge