UNITED STATES DISTRICT COURT

Northern District of California

| | |
|---|---|
| ROBERT L. GELTZER,<br><br>　　　　　Plaintiff,<br>　v.<br>I365, INC, et al.,<br><br>　　　　　Defendants.<br>_____/ | No. C 10-03618 MEJ<br><br>**SECOND ORDER RE: STATUS** |

On November 29, 2010, the Court vacated the case management conference in this case and ordered Plaintiff to file a status report by December 9, 2010. As Plaintiff has failed to respond, the Court hereby ORDERS Plaintiff to file the status report by December 20, 2010. Failure to comply with this order may result in dismissal of Plaintiff's case.

**IT IS SO ORDERED.**

Dated: December 13, 2010

_____
Maria-Elena James
Chief United States Magistrate Judge