# UNITED STATES DISTRICT COURT

## Northern District of California

| | |
|---|---|
| ROBERT L. GELTZER,<br><br>           Plaintiff,<br>    v.<br>I365, INC, et al.,<br><br>           Defendants.<br>_____/ | No. C 10-03618 MEJ<br><br>**THIRD ORDER RE: STATUS** |

The Court is in receipt of Plaintiff's further status report, filed March 31, 2011. Good cause appearing, no matters shall be scheduled at this time. Plaintiff shall file a dismissal or further status report by June 16, 2011.

**IT IS SO ORDERED.**

Dated: April 6, 2011

_____
Maria-Elena James
Chief United States Magistrate Judge