SQUIRE, SANDERS & DEMPSEY (US) LLP
David S. Elkins (State Bar # 148077)
Xavier M. Brandwajn (State Bar # 246218)
600 Hansen Way
Palo Alto, CA  94304-1043
Telephone:   +1.650.856.6500
Facsimile:    +1.650.843.8777

Attorneys for Plaintiff
ROBERT L. GELTZER, CHAPTER 7 TRUSTEE OF FLAGSHIP GLOBAL HEALTH, INC.

*GRANTED*
*Judge Maria-Elena James*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re<br><br>FLAGSHIP GLOBAL HEALTH, INC.,<br><br>Debtor.<br><br>ROBERT L. GELTZER, as Chapter 7 Trustee of Estate of FLAGSHIP GLOBAL HEALTH, INC.,<br><br>Plaintiff,<br><br>vs.<br><br>i365, INC and EVAULT, INC.,<br><br>Defendant. | [Case No. 08-13246 (JMP) under Chapter 7 in the United States Bankruptcy Court for the Southern District of New York]<br><br>Case No.  10-CV-03618-MEJ<br><br>NOTICE OF DISMISSAL UNDER FED. R. CIV. P. 41(a)(1)(i) |

NOTICE OF DISMISSAL UNDER FED. R. CIV. P. 41(a)(1)(i)

Pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, Robert L. Geltzer, Esq., as Chapter 7 Trustee (the "Trustee" or "Plaintiff") of the Debtor, Flagship Global Health, Inc. (the "Debtor"), and as Trustee, voluntarily dismisses this action, without prejudice, as against Defendant i365, Inc., fka Evault, Inc.

Dated: June 8, 2011                          SQUIRE, SANDERS & DEMPSEY (US) LLP


By:   /s/  Xavier M. Brandwajn
           Xavier M. Brandwajn

Attorneys for Plaintiff
ROBERT L. GELTZER, CHAPTER 7 TRUSTEE OF FLAGSHIP GLOBAL HEALTH, INC.